# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT RODRIGUEZ, | ) | 1:11cv01371 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUERIS |
| v. | ) | (Document 2) |
| POLICE DOG KUBO, et al. | ) | |
| Defendants. | ) | |

    Plaintiff, a Fresno County jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and his application is therefore GRANTED.

    IT IS SO ORDERED.

   Dated:   **August 23, 2011**               **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE

1