IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT RODRIGUEZ, | ) | 1:11cv01371 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING COLLECTION |
| | ) | OF INMATE FILING FEE |
| vs. | ) | |
| POLICE DOG KUBO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

  Plaintiff Robert Rodriguez ("Plaintiff"), a Fresno County jail inmate proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Fresno County Jail is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

  In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

  1.  The Fresno County Jail shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to

1

the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.

2. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis affidavit on the Financial Officer/Trust Account Officer of the Fresno County Jail at P.O. Box 872, 1225 M Street, Fresno, CA 93721.

3. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, 2500 Tulare Street, Fresno, California, 93721.

IT IS SO ORDERED.

Dated:   August 23, 2011           /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

2