# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER TUSHNET,<br><br>　　　　Defendant.　　　　　　　　　／ | CASE NO. 1:11-cv-01371 LJO DLB<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

Plaintiff Robert Rodriguez ("Plaintiff") is a county inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 17, 2011. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against Defendant Officer Tushnet. Fed. R. Civ. P. 8(a). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    OFFICER TUSHNET

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 forms, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 17, 2011.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

1

   b. One completed USM-285 form for the defendant listed above; and

   c. Two (2) copies of the endorsed complaint filed August 17, 2011.

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **September 19, 2011**     /s/ **Dennis L. Beck**
                   UNITED STATES MAGISTRATE JUDGE