# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RODRIGUEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>OFFICER TUSHNET,<br><br>            Defendant.<br>_____/ | CASE NO. 1:11-cv-01371-LJO DLB<br><br>ORDER REQUIRING DEFENDANT TO RESPOND TO UNITED STATES MARSHAL'S REQUEST FOR REIMBURSEMENT OF COSTS<br><br>(Doc. 17)<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

Plaintiff Robert Rodriguez ("Plaintiff") is a county jail inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is a request for reimbursement submitted by the United States Marshal on January 13, 2012. (Doc. 17.) Pursuant to Federal Rule of Civil Procedure 4(d)(2), if a defendant, without good cause, fails to sign and return a waiver requested by a plaintiff, the Court must impose on defendants the expenses later incurred in making service. Because Plaintiff is proceeding in forma pauperis, service must be effected by the United States Marshal. Fed. R. Civ. P. 4(c)(3). Defendant Tushnet has yet to respond to the Marshal's request. Accordingly, it is HEREBY ORDERED that Defendant is to respond to the Marshal's request for reimbursement within **twenty-one (21) days** from the date of service of this order.

   IT IS SO ORDERED.

   Dated:   **January 23, 2012**            /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

1